UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**

Lamon Weathers ID# Y32586

AUG 2 5 2022

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                          Case No: 22-50293
                             (To be supplied by the Clerk of this Court)

David T. Allen, Michael D. Remmers
Lorraine V. Kafie, Justin Wilks,
(Sergeant) Ferguson, ~~Corrections~~ Nicholas
Emmole, Lieutenant Andrews
Jane Does ~~Bob Jeffreys~~
John Does

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: Lamon Weathers

    B.    List all aliases: MAN, PACO, lil TRAVe

    C.    Prisoner identification number: Y32586

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):** PARties

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: David T Allen

        Title: Internal Affairs Correctional officer

        Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave/Dixon IL 6021

    B.    Defendant: Michael D. Remmers

        Title: Adjustment committee chairman Lieutenant

        Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave Dixon IL 6021

    C.    Defendant: Justin Wilks

        Title: The Warden of Dixon correctional center

        Place of Employment: Dixon Correction Center 2600 N. Brinton Ave/Dixon IL 61021

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

exhibit #1 for additional defendants listing label as part 2 of Defendants on this Next Page continuing due to not enough space

2

exhibit #1
continued Part 2
OF →

# Defendant(s): PARTIES

(D.) Defendant: Lorraine V. Kafie
Title: Adjustment committee Assistant
Place of Employment: Dixon Correctional Center 2600 N.Brinton Ave (Dixon IL 61021

(E.) Defendant: Ferguson
Title: Sergeant
Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave (Dixon IL 61021

(F.) Defendant: Emmole, Nicholas
Title: Correctional Officer
Place of Employment: Dixon Correctional Center 2600 N Brinton Ave/Dixon IL 61021

(G.) Defendant: Andrews
Title: Lieutenant
Place of Employment: Dixon Correctional Center 2600 N Brinton Ave(Dixon IL 61021

(H.) Defendant: Jane Doe
Title: ~~Correctional~~ Nurse
Place of Employment: Dixon Correctional Center 2600 N.Brinton Ave (Dixon IL 61021

(I.) Defendant: Rob Jeffreys
Title: DIRECTOR of the Illinois ~~Correctional~~ Department of corrections
Place of Employment: ILLINOIS DEPARTMENT OF CORRECTIONS

Continued from page 2 of complaint
listed Defendants due to plaintiff Running out
of space so I added an extra sheet of paper

(I.) <u>Plaintiff</u> Prisoner #,
Place of confinment / Address

_____

(II.) <u>PARties / Defendents / Address</u>
Place of Employment, Title,

Jamen Mull/// ID# 132586
PRO'se litigant

Exhaustion Steps of
Administrative Remedies

That Plaintiff Has
Taking And Results
of the steps
TAKEN

_Tommy Wells_ ID# Y37586

PRO'se litigant

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

I written an Grievance to appeal the Decision of the fineal Disciplenary ACTiON/Punishment that I was given Also I asked to excuse my error of late failing of Timeframe because I have filed a couple complaints with the Illinois state Police and the Illinois Department of Justice

2. What was the result?

Denied Is the Result Of the Grievance on all levels of Exhaustion of Administration Remedies Access

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

YES I did appeal but the grievance was denied on all levels

D. If your answer is NO, explain why not:

N/A

3

E.     Is the grievance procedure now completed?  YES (X)  NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.     If your answer is **YES**:

      1.     What steps did you take?

         N/A    because institution has an Grievance procedure

      2.     What was the result?

         N/A    because institution has an Grievance procedure

H.     If your answer is NO, explain why not:

         N/A    because institution has and Grievance procedure

4

Plaintiff Past,
And Present legal
law suit History
such As

Assigned Judges, Defendents name,
Basic claim made, Disposition of case,
Final Disposition outcomes, DAtes
Of Disposition

_Jarmun Mull_ ID#Y37586

PRO' se litigant

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Weathers V. Colon, et al., case No 1:19 -CV-5729 (N.D.I 11.)

B. Approximate date of filing lawsuit: Weathers V. Colon et al., case No 1:19-cv-5729

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Only one Plaintiff which was me/ Lamon Weathers

D. List all defendants: John K Chibe, ISIDRO colon, Olivia Day, Mateusz K. Gafrawicz, Azaceli's A Gotay, Andrew S. Hein, John T. Judkins, Andrew A. KRAMER, Michael A. oLAQUEZ, RYAN S. otto, John R. Tedesco, David Valentin, Eric F. Velez, ELana Villareal, DR. YAN K. YU

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northern District Court Eastren Division

F. Name of judge to whom case was assigned: Honorable. Andrew R. Wood And Judge M. David Weisman

G. Basic claim made: Excessive force and A deliberate and Indefference to a serious medical need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was settled for $7,500

I. Approximate date of disposition: March 9th 2022

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

exhibit#2 ➔ [LAW SUIT History]

Claimant Name: Lamon Weathers ID# Y32586
case# 19 CC 2499
claim filed: Personal injury/court of claims
Date filed: 4-09-2019
Defendants: ILLinois Department of corrections
Court filed IN: Court of claims (State of Illinois)
Assigned Judge: Commissioner Killey Roger
case Disposition: case Dismissed on 6-9-2020


Claimant Name: Lamon Weathers ID# Y32586
case# 22CC1609
claim filed: personal Injury/claim In court of claims
Date filed: 1-18-2022
Defendants: ILLINOIS DEPARTMENT OF CORRECTIONS
court filed IN: court of Claims (State of Illinois)
Assigned Judge: commissioner MAZIE A. HARRIS ~~████~~
case Disposition: (Still pending)


page 2
of extra sheet
of paper FOR lawsuit History

Lamon Weathers ID#Y32586
Pro se litigant

exhibit #1 → [LAWSUIT HISTORY]

Claimant Name: Lamon Weathers #Y32586 Facility filed IN: Pontiac C.C.

Case # 20CC2354

Claim filed: Personal Property

Date filed: 2-24-20

Defendants: Illinois Department of Corrections

Court filed IN: Court of Claims (State of Illinois)

Assigned Judge: Commissioner Killey Roger

Case Disposition: Joint stipulation sent 6-22-20.

Claimant Awarded $90.00 on 8-10-20

case: 20CC2354 Closed on 8-17-20

Claimant Name: Lamon Weathers #Y32586 Facility filed IN: Pontiac C.C.

Case # 20CC3100

Claim filed: Injury Claim/Personal

Date filed 6-19-20

Defendants: Illinois Department of Correction

Court filed IN: Court of Claims (State of Illinois)

Assigned Judge: Commissioner Daniel T. Madigan

Case Disposition: Dismissed on 3-08-21

Claimant Name: Lamon Weathers #Y32586 Facility filed IN Pontiac C.C.

case # 21CC4069

Claim filed: Personal Property

Date filed: 6-9-21

Court filed IN: Court of Claims (State of Illinois)

Assigned Judge: LAURA Jacksack/Commissioner

Case Disposition: Awarded $100.00/case closed 02-01-2022

page 1 of extra sheet of paper for law suit History

Lamon Weathers I.D.#Y32586

Pro se litigant

# Plaintiff

## STATement of Claim and Plaintiff Request of/for Relief To be granted

_(signature)_ ID# B32586

PRo se litigant

V.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Page 1.)

① On October 8 2021 IN Dixon Correctional center X house Dixon Physic unit on A-wing In cell 26 on 11:00pm to 7:00am Shift around/between 5:50am and 6:50am I Lamon Weathers was housed IN Cell 26 on A-wing IN Dixon Physic unit and It was chow time meaning breakfast time and sergeant ferguson and correctional Officer Emmole was unlocking cell doors for offenders to receive their breakfast breakfast Trays and when sergeant ferguson arrived at my cell 26 Door and instead of sergeant ferguson opening my food feeding chuck Hole thats attached to my cell 26 Door to hand me my breakfast Tray of sergeant ferguson open my cell 26 door and as I was reaching for my breakfast Tray officer Emmole took his key out and open cell 25 door on Awing which Also had a food feeding chuck hole that housed Prisoner Demetrius ID#M38038 Golden to hand him his breakfast Tray but Instead Demetrius Golden ID#M38038 moved the Tray out of the way and Rushed Inside my cell 26 and started Assualting me by Punching me in my head with multiple close fist strikes and I was punched so hard that the force of the punches made me lose my balance and I fell onto my cell 26 bed and balbed up and used my hands and arms to try to cover up my head and face while I screamed out Very loud for sergeant ferguson and officer Emmole but No one Rushed IN my cell to help so Prisoner Demetrius Golden ID#M38038 continued to Punch me then Prisoner Demetrius Golden ID#M38038 stoped and attacking me and started to choke me Unconscious and yelled get back close the door before I kell him and nexts thing I know

page 2) right before I ~~blacked out~~ was finna black out I was sprayed with oleoresin capsicum spray all In my face and body area meaning arms neck chest and rib cage area and then I see Prisoner Demetrius Golden ID# M38038 tossed an unknown item towards the back wall where my bed was located and Demetrius Golden ID# M38038 ran out of my cell 26 and was cuffed up. Now let me please rewind really quick to inform you that around 3:00 am to 4:00 am I Inform officer Emmole about such possible attack on me and my life by handing officer Emmole an written letter address to Internal Affairs and All present security staff to read because I was afraid of Demetrius Golden ID M38038 house IN cell 25 on A-wing IN X-house Dixon/physc unit but it must have been ignored or forgotten or over looked because I was still Assualted Now after Demetrius Golden ID# M38038 ~~was~~ ran out of my cell 26 and cuffed up and talking over to the segregation crewing I Lamon weather's ways Inside my cell 26 Trying to breathe from the lost of breathe of being choked by Demetrius Bolden ID# M38038 and the Oleoresin capsicum spray so after I opon my cell 26 window that leads to out side fresh ~~air~~ air and I flicked my cell 26 light switch on to see IN my cell but my eyes was still filled with oleoresin capsicum spray so I had to feel around my cell 26 from memory and started to wash my face with cold water and soap inside the sink multiple times intill I was able to opon eyes enough to see that All my blankets and sheets was sprayed with oleoresin capsicum spray and as I Started to collect my sheets and Blankets to be washed thats when I discovered a black shank like item that was wrap in a ~~tissue~~ appeard to be toren white sheet that had a small sharp pointon on the end of it and thats When I called officer Emmole to inform

VI.    Relief:

7

Continued Statement of Claim ~~from~~ Page 3 due to needing EXTRA written space

officer Emmole of the shank black item I found and ~~then~~ when officer Emmole arrived back to my cell 26 door which was still open I showed officer Emmole the shank black item and ~~told~~ I Lamon weathers told officer Emmole that I told him to read that note IDK I wrote and handed him so he could protect me from Demetrius Golden M38038 Now ~~what~~ what if he would have stabbed me and then I told officer Emmole you In big trouble now and officer Emmole had a very shocked look IN his facial expression and told me Lamon weathers to just place the ~~shank~~ black shunk item on to my cell 26 floor by the corner of the door and go wash my sheets and Blankets and to take a shower to wash the oleoresin capsicum spray off my body and officer Emmole said ~~he~~ he knows its Not mine and he will make sure he Report it that I turned the shank DN for evidence so after I Lamon weathers placed my sheets and Blankets In the washer and went to the shower to try my best to wash the oleoresin capsicum spray off and Then LT Andrews ask did I need any medical attention and I stated yes I do so I was seen by a nurse and she asked me whats wrong do I have any pain and I said yes my head is pounding right Now and my Arms and Neck hurts then She said didn't see any Brusie that was swollen so I ~~should~~ should be fine ~~then~~ then I ask the unknown Nurse for a tylenol and she said No I didn't Need one and I then asked her for her name and she said I donot need to know and then Lieutenant Andrews told me to go back oN the A-wing to clean up my cell 26 of the oleoresin capsicum spray that was allover the walls of my cell 26 oN A wing then I Lamon weathers asked Lieutenant Andrews could I ~~so~~ use the phone and call my family to ~~a~~ tell them what was allowed to just happen to me and Lieutenant Andrews said Yea but you are Not introuble and that officer Emmole told him about the shunk I found and Turn in and that ~~tomorrow~~ ~~for~~ himself lieutenant ~~Mr~~ Andrews will inform Internal Affairs that it wasnt mine and that I turned the shank FN to officer Emmole so once I Lamon weathers went

Continued statement of Claim page 4

Page 4 of statement of claim

back on A-wing to clean the Oleoresin Capsicum spray up out of my cell 26 I was approach by an unknown correctional officer who name tag was covered and I was asked to take a picture and come and talk to him about what just occurred in my cell 26 on A-wing and why so when I followed the unknown correctional officer off A-wing to D-wing IN xhouse Dixon Physc Unit to the back office of D-wing to talk and once met me Lamon Weatters and the unknown officer arrived to the back D-wing office I started to and did explain everything that happen just as I am doing on this Statement of Claim and then the unknown officer walked me back to my A-wing cell 26 and then I was told by some unknown correctional officers to turn around and cuff up and that I was being taken to segregation and being placed under investigation for the incident and the shank like item that was found inside of my cell and then I was placed on C-wing IN xhouse Dixon Physc Unit shower for holding. Then I was held under investigation status IN segregation status from the date of october 8 2021 to october 2021 and then on october 21 2021 I was written an Disciplinary Report for an offense called 104 Dangerous Contraband and on october 27 2021 at 9:10 am at cell 17 on C-wing IN xhouse Dixon Physc Unit I Lamon Weatter was giving and Adjustment committee hearing of the 104 Dangerous Contraband charge and as I tried to explain my side of Innocents I was told by Lieutenant Michael D Remmers that he was going to investigate how he felt like and I then told Michael Remmers that me and Demetrius Golden IDM38038 had been talking outside our window and Demetrius Golden IDM38038 said he was willing to tell you the Truth about him placing that Shank inside my cell 26 while he assaulted me and Lieutenant

Continued Statement of claim page 5

Page 5 of
Statement of claim

Michael D. Remmers said that he would go and talk to him as a requested witness and after I seen Michael D. Remmers was finished with all his Adjustment committee hearings and was leaving the builden Dixon Physic Unit 148 builden I open my cell 12 window to ask Michael D. Remmers what was going to happen now and was he going to release me and exonerate me of such Disciplinary charges then Michael D. Remmers stated that he would send me his final Decision so I Lamon Weathers called up to Demetrius Golden ID#M38038 cell outside the window and when Demetrius Golden ID#M38038 answer I asked him what did he tell Michael D. Remmers and Demetrius Golden ID#M38038 said that he ended up cursing Michael D. Remmers and Lorraine V. Kofie out because they had tried to read him some extra Disciplinary Reports that he never knew he had because he was never served that and then Michael D. Remmers and Lorraine V. Kofie just walked away from his cell door and that he never was able to give him the True Story and a statement on my behave so I asked prisoner Demetrius Golden ID#M38038 would he just sign A affidavit with him taking full responsibility and Demetrius Golden ID#M38038 said yeah so on that same day of October 27 2021 I Lamon Weathers drafted up an affidavit and sent it up to Demetrius Golden ID#M38038 cell thru the officer who was working on C-wing In Xhouse Dixon Physic unit on the 7:00 am to 3:00pm shift on 10-27-22 who name is officer Bolin to hand the affidavit to Demetrius Golden ID#M38038 to sign it and send it back to me and officer Bolin read the affidavit and took it from my cell 12 door

Continued Statement of Claim Page 6

Page 6 of Statement
of Claim

and door it to Demetrius Golden ID#M38038 cell door and watched him sign it and then hand it back to officer bolin and then officer bolin brought the affidavit back to me Lamon Weathers cell 12 on C-wing in X house Dixon Physic unit and then prisoner Demetrius Golden ID#M38038 called me to asked DF he can get an copy of the affidavit after D Notary Public it and I said yes you may. So I Lamon Weathers received a Notary Public by Bryan campbell on october 29-2021 in Dixon Physic unit at cell 12 on 7Am to 3pm shift and I sent out the the Affidavit for copies and after I received copies I sent an copy of Affidavit to Demetrius Golden ID#M38038 cell and I wrote Grievance # 213922 and about the above issue I'm writhen in this statement of cla and taped and copy of the Affidavit to the Grievance # 213922 and mark my Grievance as an emergency and sent it to the chief Administrative officer Justin Wilks on and Justin Wilks marked it as an Non emergency then I Lamon Weathers expedited Grievance # to springfield Administrative Review board and the Administrative Review board sent it back saying to go thru all my facility Grievance procedures first and I also sent Michael D. Remmers. an copy of the Affidavit in the mail and then David T. Allen an correctional officers who works in the Internal Affairs Dixon Correctional Center department came to interview me on November 4th 2021 in C-wing Dixon Physic at my cell 12 door on 7am to 3pm shift and David T Allen then showed me the copy of my handwritten Affidavit that was sign by me Lamon Weathers and Demetrius Gold ID#M38038 and David T. Allen asked me did I sign this and I Lamon Weathers

Continued statement of Claim Page 7

Said Yes I did sign that Affidavit but I only sign the
top half with only my name and that Demetrius Golden ID#M38038
sign the bottom half on his own infront of ~~corre~~ Dixon
Correctional Center ~~a~~ correctional officer Bolin and Then I
told David T Allen that I request him to ask officer Bolin
did he witness Demetrius Golden ID#M38038 sign the
Affidavit and ~~then~~ then officer David T Allen walked
away from my cell 12 Door and walked up Stairs towards
and to Demetrius Golden ID#M38038 cell door Which I believe
to be cell 41 ON C-wing Dixon Physic unit. Then I seen
officer David T Allen walk back down the C-wing stairs and
show officer Bolin the Affidavit and I ~~seen~~ seen officer
bolin shake his head ~~IN~~ agreement and then David
T Allen walked away and left off ~~coming~~ C-wing and
never came back and then on November 5th 2021 IN Dixon Physic
unit C-wing prisoner Demetrius Golden ~~I~~ ID#M38038 was Release from
segregation because he had served the time for Assaulting me and his
104 Dangerous contraband Disciplinary Report was drop and exonerated
Demetrius Golden ~~ID#~~ M38038 of all charges and ON 11-17-21
and Night time 2ND Shift 3pm to 11pm mail call Pass out
I ~~receive~~ Lamon weathers received ~~a~~ the state of Illinois Department
of Corrections Adjustment committee final summary with a lot
of falsified documented statements and undocumented statements
~~of the stated to the seen~~ of officer Bolin which would have exonerated
Lamon weathers of All Charges but instead I Lamon weathers was recommended
a Disciplinary Action of 2months C grade and 2 months segregation and 6
months commissary restriction and an transfer keep separate form by Michael

Continued Page 8 of State of claim

Page 8 of Statement of Claim

D Remmers and Lorraine V. Kofie on 10-27-21
and then on 11-12-2021 Chief Administrative office Justin
Wilks approved Such Consequences of Disciplinary Action
with All of those contradicting incident Reports and violation of
Dixon Correctional Center Hearing policy leaving
me Lamar Weathers to suffer in segregation
with Such already mention Disciplinary Action of Punishments
and Consequences and making my Post Tramic Stress Disorder
tv become worsen from all the Nightmare I have had after being
Assualted and maced with Oleoresin Capsicum spray and every
time I hear a cell door or my cell door open I become very frighten
and Jump In fear and I wake up In cold
Sweats every Night screaming Please help me from Demetrius
Golden 2nd #M38038 Assualt until I realize I am safe In a
cell by my self behind a steel door

× Lamar Weathers 437386

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award compensatory damages ~~and declaratory Judgement~~ Jointly and severally against Defendants: Allen, Rommers, Wilks, Koffe, Ferguson, Emmole, Andrews, ~~and the~~ Jane Doe nurse in the amount of $25000 dollars and Award Punitive dames of the amount of $150.00 dollars for ever day of the 2 month $15 spent in segregation confinement and for the court to deleted such Report of my Disciplinary tracking History and to renewal of my loss privileges by Illinois Department of correction from their denial of due process in connection with plaintiff disciplinary proceeding and Plaintiff seperately and in addition seeks compensatory damages for the mental or emotion distress resulting from his prolonged confinement in segregation without due process of law to which he is entitled because of the physical injuries sustained in his Assault/beating and as a result of the deprivation of medical care pled herein/ which Plaintiff Demands a Jury Trial

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 22

_____

_____

_____

(Signature of plaintiff or plaintiffs)

~~_____ _____~~ Lamon Weathers
_____
(Print name)

Y32586
_____
(I.D. Number)

_____

_____

_____

(Address)

8