[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Lamon Weathers (IDOC#)/325866

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Justin Wilks, Michael
Remmers, David Allen,
Rob Jeffreys, Lorraine
Kofie, Nicholas Emmole,
Sergeant Ferguson, Lieutenant
Andrews

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**FILED**
MAR 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. Judge: Iain D. Johnston

Case No: 22-CV-50293
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:    **AMENDED COMPLAINT**

✓ _____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

(Page 1)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Plaintiff Information

&

Defendants/PARTES Information

Pages (2) & (3)

Behind this color page

_Jamonn Mueller_ FD#Y32586

Pro se litigant

Date: 3/8/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Lamon Weathers

   B. List all aliases: Lil Trave, PACO, MANN

   C. Prisoner identification number: Y32586

   D. Place of present confinement: Dixon Correctional Center

   E. Address: 2600 North Brinton Ave, Dixon, Illinois 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

PARTIES

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Justin Wilks
      Title: Chief Administrative Office (WARDEN)
      Place of Employment: Dixon Correctional Center 2600 North Brinton Ave Dixon, Illinois 61021

   B. Defendant: Michael Remmers
      Title: Adjustment Committee/Chair Person/Lieutenant, For Dixon Correctional Center 2600 North Brinton Ave Dixon, Illinois 61021
      Place of Employment: Dixon Correctional Center 2600 North Brinton Ave Dixon, Illinois 61021

   C. Defendant: David Allen
      Title: Internal Affairs (Dixon Correctional Center officer)
      Place of Employment: Dixon Correctional Center 2600 North Brinton Ave Dixon, Illinois 61021

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

(Page 2)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PARTIES

II. Defendant(s):

D. Defendant: Rob, Jeffreys
Title: (Illinois Department of Corrections) Director
Place of Employment: Administrative review Board office 1301 Concordia court. P.O. Box 19277 Springfield, Illinois 62794-9277

E. Defendant: Lorraine, Kofie
Title: Dixon Correctional Center (Adjustment Committee Assistant)
Place of Employment: Dixon Correctional Center 2600 North, Brinton Ave, Dixon, Illinois 61021

F. Defendant: Nicholas, Emmole
Title: Dixon Correctional Center (Security Personnel officer)
Place of Employment: Dixon Correctional center 2600 North, Brinton Ave, Dixon, Illinois 61021

G. Defendant: Sergeant. Ferguson
Title: Dixon Correctional center (Security Personnel Sergeant)
Place of Employment: Dixon Correctional center 2600 North, Brinton Ave, Dixon, Illinois 61021

H. Defendant: Lieutenant. Andrews
Title: Dixon Correctional Center (Security Personnel lieutenant)
Place of Employment: Dixon Correctional center 2600 North, Brinton Ave, Dixon, Illinois, 61021

# PARTIES & CAUSES of ACTION

OF Denfendant(S) (A)(B)(C)(D)(E)(F)(G)(H)

Page's (4)(5) & (6)

Behind this color page

X _[signature]_ Y32586

X Pro'se litigant

Date: 3/8/2023

## ~~PARTIES~~

## Causes of Action

**A.**
**(Defendant):** Justin Wilks is being sued in his individual capacities and ~~the~~ official capacities for his wantonly and knowonly failure to intervene and correct falsified Disciplinary Report and ignored ~~the~~ notarized Affidavit that would have exonerated Plaintiff of ~~the~~ 104 dangerous contraband charges. Which ~~the~~ Defendant caused ~~the~~ Plaintiff to serve and ~~to~~ suffer punitive segregation time. Which is a violation of Plaintiff ~~constitution~~ 14th constitution Amendment due process of law. Which Defendant was responsible for All affairs and day to day operations in ~~the~~ Dixon correctional center.

**B.**
~~(Defendant)~~ **(Defendant):** Michael Remmers is being sued in his individual capacities and official capacities for his wantonly and knowonly failure to intervene and correct falsified Disciplinary Report and ignored notarized Affidavit that would have exonerated Plaintiff of 104 dangerous contraband charges. Which Defendant caused Plaintiff to serve and suffer punitive segregation time. Which is a violation of Plaintiff 14th constitution Amendment due process of law.

**C.**
**(Defendant):** David Allen is being sued in his individual capacities and official capacities for his wantonly and knowonly failure to intervene and correct his falsified Disciplinary report and ignored notarized Affidavit that would have exonerated Plaintiff of 104 dangerous contraband charges. Which Defendant caused Plaintiff to serve and suffer punitive segregation time. Which is a violation of Plaintiff 14th constitution Amendment due process of law

page 4

# NOTARIZED AFFIDAVIT

For the Entire Amendment complaint

Dated: 3-8-2023

&

# Proof of service

Dated: 3-8-2023

_____

x _Lamar Wolfe_ Y32586
Pro'se litigant

Date: 3-8-2023

[case# 22-cv-50293]

## AFFIDAVIT

I Lamon Weathers Y32586 being first duly sworn, that the facts stated in ~~aforementioned~~ this complaint are true and correct to the best of my knowledge and belief and motion for appointment of counsel is true along with all attach exhibits such as [motion to inform the court] and any and All document with this complaint. Pursuant to 28 U.S.C. 1746, I declare (or certify) under penalty of perjury that the following is true and correct

Respectfully, submitted by

x /s/ Lamon Weathers #Y32586
Affiant

Date: 3/8/2023

NOTARY HERE →

OFFICIAL SEAL
MEGAN JONES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/1/26

3-8-23

[case#22-cv-50293]

## Proof of Service

I Lamon Weathers Y32586 declares that I placed the (Amendment complaint) and other legal motions and documents and exhibits in the Dixon Correctional Center mail bag on 3/8/2023 at address: @ 2600 North, Brinton Ave in Dixon, Illinois zip code 61021. ADDRessed to: United States Court House 327 South Court Street in Rockford, IL 61101 As (Certified mail) postage only

Respectfully submitted
By

x /s/ Lamon Weathers Y32586

Date: 3/8/2023

Lamon Weathers Y32586
Dixon C.C.
2600 N. Brinton Ave
Dixon, IL 61021