[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

**RECEIVED**

Lamon Weathers (IDOC#) Y32586

APR 28 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Justin Wilks, Michael Remmers, David Allen, Rob Jeffreys, Lorraine Kofie, Nicholas Emmole, Sergeant Ferguson, Lieutenant Andrews

Case No: 22-CV-50293
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

✓ _____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Lamon Weathers
   B. List all aliases: lil Trave, Paco, Mann
   C. Prisoner identification number: Y32586
   D. Place of present confinement: Dixon Correctional Center
   E. Address: 2600 North Brinton Ave, Dixon, Illinois 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Justin Wilks
      Title: Chief Administrative officer (Warden)
      Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave Dixon Illinois 61021

   B. Defendant: Michael Remmers
      Title: Adjustment Committee (chair person) Lieutenant
      Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave Dixon, Illinois 61021

   C. Defendant: David Allen
      Title: (Internal Affairs) Dixon Correctional center officer
      Place of Employment: Dixon Correctional Center 2600 N. Brinton Ave. Dixon Illinois 61021

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PARTIES** continued from Page 2

II. Defendants(s):

D. Defendant: Rob Jeffreys
Title: Illinois Department of Corrections) DIRECTOR
Place of Employment: Administrative review Board office
1301 Concordia court P.O. Box 19277 Springfield, Illinois 62794

E. Defendant: Lorraine Kofie
Title: Dixon Correctional Center (Adjustment committee Assistant)
Place of Employment: Dixon Correctional Center 2600 North, Brinton Ave.
Dixon Correctional Center 2600 North, Brinton Ave Dixon, Illinois 61021

F. Defendant: Nicholas Emmole
Title: Dixon Correctional center (Security Personnel officer)
Place of Employment: Dixon Correctional Center 2600 North, Brinton Ave Dixon, Illinois 61021

G. Defendant: Sergeant, Ferguson
Title: Dixon Correctional center (security Personnel sergeant)
Place of Employment: Dixon Correctional Center 2600 North Brinton Ave Dixon Illinois 61021

H. Defendant: Lieutenant, Andrews
Title: Dixon Correctional Center security personnel sergeant
Place of Employment: Dixon Correctional center 2600 N. Brinton Ave Dixon Illinois 61021

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Weathers V. Colon, et al Case # 19-CV-5729 (N.D. Ill)

B. Approximate date of filing lawsuit: August 26, 2019

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Plaintiff: Lamon Weathers Aliases: Paco, Man, lil Trave.

D. List all defendants: John E. Chibe, Isidoro Colon, Olivia Day, Mateusz K. Fatrowicz, Aracelis A. Gotay, Andrew S. Hein, John T Julkins, Andrew A. Kramer, Michael A. Maguez, Ryan S. Otto, John R. Tedesco, David Valentin, Eric F. Velez, Elana Villareal, DR. YAN K. YU

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): The Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: Hon. Andrea R. Wood

G. Basic claim made: excessive force and deliberate Indifference to a serious medical need medical malpractice claim

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement Agreement And Mutual Release

I. Approximate date of disposition: February 17th 2022 (at 2:00pm)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# All lawsuit History/ State/ Federal/

Case # 19CC 2499
Case name: Weathers V. State of Illinois
Judge/commissioner: Roger Kiley
Date of filing: 4-9-2019
Claim: Personal Injury Claim
Disposition of case: Dismissed

Case # 20CC 2354
Case name: Weathers V. State of Illinois
Judge/commissioner: ~~[scribbled out]~~ Roger Kiley
Date of filing: ~~[scribbled out]~~ 2-24-2020
Claim: ~~[scribbled out]~~ Personal Property
Disposition: Awarded

Case # 20CC 3100
Case name: Weathers V. State of Illinois
Date of filing: 6-19-2020
Claim: Injury Claim
Disposition: Dismissed
Judge/commissioner: Daniel T. Madigan

Case # 21CC 4069
Case name: Weathers V. State of Illinois
Judge/commissioner: Laura Jacksack
Date of filing: 6-9-2021
Claim: Personal Property
Disposition: Awarded

(Continue page 3 of lawsuit History)

# All lawsuit (History/Filed/State/federal)

Case# 22-CV-50293
Date of filing: August 25, 2022
Plaintiff/Aliases: Lamon Weathers, Aliases: Pacq man, lil Trave,
All Defendants: David Allen, Michael Remmers, Justin Wilks, Nicholas Emmole, Kotie Lorraine, Sergeant Ferguson, Lieutenant Andrews, Rob Jeffreys

Judge: Honorable: Iain D. Johnston / Magistrate Judge: Margaret J. Schneider
Court filed in: Northern District of Illinois Western Division
Basic claim: Fourteenth Amendment due process violation

Disposition of case: Pending

Court: Northren District of Illinois Eastern Division
Case# 18 C 5817 (N.D. Ill) (Wood, J)
Case name: Weathers v. WU
Judge: Andrea R. Wood
Case disposition: Voluntarily dismissed in (March 2019)

Case# 22CC1609
Case name: Weathers v. State of Illinois
Judge/commissioner: Mazie A Harris
Date of filing: 1-18-2022
Claim: Injury Claim
Disposition of case: Pending

(Continuing page ③ lawsuit History)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 8th 2021 In Dixon Correctional Center 2600 North Brinton Ave Dixon, Illinois 61021. ~~and~~ in Dixon Psychiatric Unit X house on A-wing ~~between~~ on 11:00 pm to 7:00 am shift at ~~~~ between 5:50 a.m. and 6:50 a.m. Sergeant Ferguson and Officer Nicholas Emmole began unlocking cell doors to hand out breakfast trays Rather than passing trays through the door slots. Sergeant Ferguson unlocked the door to Plaintiff cell just as officer Nicholas Emmole unlocked the door to (prisoner) Demetrius Golden M38380. Then (Prisoner) Demetrius Golden M38380 moved the food breakfast tray out of the way and Rushed inside of Plaintiff cell Lamon Weathers Y32586 and began to Punch Plaintiff and I Plaintiff Lamon Weathers Y32586 screamed out very loud for Sergeant Ferguson and Officer Nicholas Emmole to help me but no one rushed in to Plaintiff cell to help so (prisoner) Demetrius Golden started to choke Plaintiff unconscious and yelled get back close the door before I kill him. Then as I Plaintiff

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

began to black out he was sprayed with oleoresin capsicum spray all in my face and body area. Then I plaintiff found my way to my cell sink and started to wash as much of the pepper spray from my face and once I was able to see again I start collecting all my bedding and clothes that need to be washed then I discovered the black jailhouse knief known as a shank wrapped in a torn white sheet. Then I showed officer Nicholas Emmole the shank like object and told officer Nicholas Emmole He should have read the note I gave him earlyer that morning so he could have protected me from (prisoner) Golden. Then officer Nicholas Emmole told Plaintiff to put the shank on the floor and then assured Plaintiff that he knows it's not Plaintiff and told Plaintiff to take a shower to wash off the pepper spray. Then lieutenant Andrews walked over to Plaintiff cell by this point and told Plaintiff you are not in trouble and asked Plaintiff did he need medical attention. Then an unknown John doe correctional staff interviewed Plaintiff and transferred him/me to segregation and placed me under investigation for the incident with the shank. I Plaintiff remained in segregation from

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

October 8th 2021 to October 21, 2021 when I received a ticket for possession of dangerous contraband. Then at the Adjustment committee Hearing Plaintiff tried to explain my side of Innocence and I requested (Prisoner) Golden as a witness that he would confess and tell Chairman Michael Remmers that he framed me and it wasn't my weapon. Then Michael Remmers agreed to interview prisoner (Golden) After the hearing Plaintiff asked (Prisoner) Demetrius Golden what did he tell Michael Remmers and (prisoner) Golden said that he ended up cursing Michael Remmers out and his assistant Lorraine Kofie because they had tried to read him some extra disciplinary reports so he (Prisoner) Golden was never able to give him the true story so then (Prisoner) Demetrius Golden agreed to sign an affidavit taking full responsibility. So I Plaintiff drafted an affidavit and sent it to (prisoner) Golden via officer Bolin who watched (Golden) sign it and brought it back to Plaintiff so he could notary public it and I Plaintiff submitted an emergency grievance with a copy of (prisoner) Golden's sign affidavit to warden Justin Wilks who advised Plaintiff that the grievance was not an emergency. Plaintiff then sent a copy of the grievance and affidavit to the Administrative Review board who returned it with directions to submit it to staff at Dixon C.C. So Plaintiff sent it to Chairman Michael Remmers. Then on November 4th 2021 Internal Affairs officer David Allen interviewed Plaintiff and asked if he and (Prisoner) Demetrius Golden had

(Page 6) Statement of claim)

signed the Affidavit Then officer David Allen left after Plantiff stated that he had signed the top of the Affidavit and (Prisoner) Golden had sign the bottom in front of officer Bolin. Plantiff saw officer Allen David speak with officer Bolin who shook his head in agreement. Then the following day (prisoner) Golden was released from segregation because he had served the time for assaulting Plantiff and (Prisoner) Demetrius Golden 104 dangerous Contraband disciplinary report was dropped and exonerated. Then on November 17, 2021 Plantiff received an Adjustment Committee final summary signed by Michael Remmers and Lorraine Kofie and Justin Wilks that contained a lot of falsified documents and statements written by Internal Affairs officer David Allen and undocumented statements from officer Bolin which would have exonerated Plantiff of All charges but instead Plantiff was recommended a disciplinary action of 2 months C-grade and 2 months segregation and 6 month commissary restriction and a Transfer Keep separate form prisoner Demetrius Golden. Which was approved by warden Justin Wilks The Chief Administrative Officer. End of Plantiff of Statement of claim.

(Page 7 Statement of Claim)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Plaintiff to be awarded $25,000 in Punitive damages Plus $150.00 for each day Plaintiff was in segregation and expungement of the discipline and reinstatement of Plaintiff lost of Privileges And for All Defendant(s) to give Plaintiff a Verbal In Person or video apology for Defendant wrong doing and Promise No (Retaliation) will take place ~~again~~ ~~against~~ against Plaintiff

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 24, 20 23

_Lamon Weathers_ (signature)
(Signature of plaintiff or plaintiffs)

Lamon Weathers
(Print name)

Y32586
(I.D. Number)

Dixon Correctional Center 2600 North, Brinton Ave
Dixon, Illinois 61021
(Address)

#1 of Relief

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Proof of Service

I Lamon Weathers IDOC#Y32586 declares that I placed the Amended complaint of 50 pages pages inside the Dixon Correctional center institutional mail bag on the Date: of 4/24/2023 at the Address of 2600 North, Brinton Ave (in) Dixon Illinois 61021. Addressed to: United States Courthouse 327 South church street (IN) Rockford, Illinois 61101 with Notarized Affidavit/& 285 U.S.M. Forms

x _Lamon Weathers_ ID# Y32586
Lamon Weathers Y32586
Dixon C.C.
2600 North, Brinton Ave
Dixon, Illinois 61021

Date: 4/24/2023

(22-CV-50293)

## AFFIDAVIT

I Lamon Weathers Y32586 being first duly sworn, that the facts stated in this ~~first~~ Amended complaint are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. 1746, I declare certify under penalty of perjury that the following is true and correct

x _Lamon Weathers Y32586_
Affiant

Date: 4/24/2023

Lamon Weathers Y32586
Dixon Correctional Center
2600 North Brinton Ave
Dixon, IL 61021

Notary needed →



OFFICIAL SEAL
MEGAN JONES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/1/26